IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD MULLIS d/b/a<br>LINCOLN TERRACE PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:05-cv-02284-SHM-dkv |
| | ) | |
| 120 STAR AVENUE ASSOCIATES, LTD.,<br>ALCO PROPERTIES MID-SOUTH, INC.,<br>IMPERIAL ASSOCIATES, INC.,<br>FRANKLIN 84 ASSOCIATES, and<br>LEXINGTON RESIDENTIAL<br>ASSOCIATES, L.P., | )<br>)<br><br>)<br><br>) | |
| Defendants. | ) | |

## CONSENT ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND

**COME NOW** the parties, by and through counsel, and inform the Court that 120 Star Avenue Associates, Ltd. ("120 Star"), Alco Properties Mid-South, Inc. ("Alco"), Imperial Associates, Inc. ("Imperial"), Franklin 84 Associates ("Franklin") and Lexington Residential Associates, L.P. ("Lexington") should have an additional thirty (30) days to, through and including Monday, May 30, 2005 to answer the complaint in this matter.

THEREFORE, good cause having been shown and the parties having agreed,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the defendants Alco, Imperial and Lexington shall have to, through and including Monday, May 30, 2005 to respond in this matter.

_Duane K. Voscov_
Judge
Date: _May 3, 2005_

G:\DATA\RAM\Alco\Lincoln Terrace\Consent Order Enlarging Time to Respond.doc

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-4-05

UNITED STATES DISTRICT COURT[4]- WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02284 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Robert E. Maclin
LAW OFFICE OF ROBERT E. MACLIN
201 E. Main St.
Ste. 1000
Lexington, KY 40507

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Walter W. May
LAW OFFICE OF WALTER W. MAY
167 W. Main St.
Ste. 1000
Lexington, KY 40502

Honorable Samuel Mays
US DISTRICT COURT